UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| **MARTINEZ, ERNESTO G** | ) Bankruptcy Case No. 17-82479 TML |
| | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 24, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    MARTINEZ, ERNESTO G
    PO BOX 715
    BELVIDERE, IL 61008

    RICHARD O AINSWORTH
    CROSBY LAW FIRM
    475 EXECUTIVE PARKWAY
    ROCKFORD, IL 61107
    *(Via ECF Electronic Transmission)*

/s/ Debbie M. Harris
JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com